AMERICAN FACTORS, INC. *v.* FOREIGN
INTRIGUE, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 6 Conn. App. 656, is denied.

*Burton M. Weinstein,* in support of the petition.

Decided July 9, 1986

MICHAEL F. BROWN *v.* K.N.D. CORPORATION ET AL.

The defendant Wilbur Smith's petition for certification for appeal from the Appellate Court, 7 Conn. App. 418, is granted.

*Sydney T. Schulman,* in support of the petition.

Decided July 9, 1986

STATE OF CONNECTICUT *v.* THOMAS TIMMONS

The defendant's petition for certification for appeal from the Appellate Court, 7 Conn. App. 457, is granted.

*Eugene J. Riccio,* public defender, in support of the petition.

Decided July 9, 1986

SUSAN H. FERRUCCI ET AL. *v.* RONALD DAVIDSON

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Ronald Davidson,* pro se, in support of the petition.

*Wilbur J. Land,* in opposition.

Decided July 16, 1986